# FRENCH & RAFTER, LLP
COUNSELORS AT LAW
29 BROADWAY, 27TH FLOOR
NEW YORK, NEW YORK 10006
(212) 797-3544
FAX: (212) 797-3545
www.frenchnylaw.com

August 27, 2008

**Via ECF**
Hon. Ronald L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

Re: National Association for Stock Car Auto Racing, Inc. v. St. Paul Surplus Lines
Docket No.     :      08 CV 5057
Our File No.     :      1450.1017

Honorable Magistrate Ellis:

This office represents Plaintiffs in the above-referenced matter.

This matter has been resolved. **Enclosed**, please find a copy of a fully executed stipulation of discontinuance.

If you have any questions or wish to discuss this matter further, please do not hesitate to contact the undersigned.

Respectfully,

FRENCH & RAFTER, LLP

John M. Krug

JMK

cc: **Via facsimile 716.853.0265**
Kenney Shelton Liptak Nowak LLP
14 Lafayette Square
Rand Building Suite 510
Buffalo, New York 14203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

NATIONAL ASSOCIATION for STOCK CAR
AUTO RACING, INC. and NASCA

v.

ST. PAUL SURPLUS LINES INSURANCE
COMPANY, THE ST. PAUL TRAVELERS
COMPANY, INC. and THE TRAVELERS
COMPANIES, INC.
―――――――――――――――――――――――――――

Civil Action No. 1:07-CV-01002

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to this actions, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is hereby discontinued with prejudice and without costs to any party. This stipulation may be filed without further notice with the Clerk of the Court.

FRENCH & RAFTER, LLP

By: _____
John M. Krug, Esq.
Bar Roll No. JK4966

29 Broadway, 27th Floor
New York, New York 10006
Tel: (212) 797-3544
Fax: (212) 797-3545
jkrug@frenchrafter.com

*Attorneys for Plaintiffs*

KENNEY SHELTON LIPTAK NOWAK LLP

By: _____
Judith Treger Shelton, Esq.
Bar Roll No. JS-5912

Suite 510 Rand Building
14 Lafayette Square
Buffalo, New York 14203
Tel.: (716) 853-3801
Fax: (716) 853-0265
jtshelton@kslnlaw.com

*Attorneys for Defendants*

SO ORDERED:

August ___, 2008

_____
Magistrate Ronald L. Ellis